## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| David G. Velde, | Civil No. 06-3223 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Bill Wakefield, | |
| Defendant. | |

_____

Based upon the Stipulation of Dismissal (Doc. No. 8), **IT IS ORDERED** that the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  December 14, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
